DAVIS WRIGHT TREMAINE LLP
  James H. Moon (SBN 268215)
  *jamesmoon@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

DAVIS WRIGHT TREMAINE LLP
  Nicole Medeiros (SBN 318892)
  *nicolemedeiros@dwt.com*
505 Montgomery Street, 8th Floor
San Francisco, California 94111-6533
Telephone: (415) 276-6500
Fax: (415) 276-6599

*Attorneys for Defendant T-Mobile USA, Inc. d/b/a Metro by T-Mobile*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JOHN PACHIVAS,<br><br>               Plaintiff,<br><br>   vs.<br><br>T-MOBILE USA, INC. and DOES 1-10, inclusive,<br><br>               Defendants. | Case No. 4:22-cv-02995-HSG<br><br>**STIPULATION AND ORDER REGARDING CASE MANAGEMENT CONFERENCE SCHEDULING**<br><br>Action Filed: March 18, 2022 |

STIPULATION REGARDING SCHEDULING
Case No. 4:22-cv-02995-HSG

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Local Rule 6-2 and 7-12, Plaintiff John Pachivas and Defendant T-Mobile USA, Inc. hereby stipulate as follows.

A. On March 18, 2022, Mr. Pachivas filed an action in the Superior Court of the State of California in and for the County of Santa Clara (ECF No. 1-1);

B. T-Mobile filed a Notice of Removal of the state court action on May 20, 2022, (ECF No. 1), and the parties have agreed to an effective service date of Defendant's Notice of Removal of June 1, 2022, for any responsive documents to T-Mobile's removal due to an inadvertent service mistake for the removal papers;

C. On May 27, 2022, T-Mobile filed a Motion to Compel Arbitration (ECF No. 3) and set the motion for hearing on July 5, 2022;

D. The Court set the initial case management conference for August 23, 2022, at 9:30 a.m. (ECF No. 4);

E. Plaintiff's counsel was unavailable to attend the hearing set for July 5, 2022, and the parties agreed to file a stipulation to continue the hearing (ECF No. 7);

F. The Court granted the parties' stipulation and set the hearing for August 9, 2022 (ECF No. 8);

G. On June 29, 2022, the Court's Reassignment Order vacated all law and motion hearing dates and ordered the parties to re-notice any hearing dates (ECF No. 10);

H. The Court set the case management conference for September 13, 2022, at 2:00 p.m. (ECF No. 13);

I. The parties agreed to a new hearing date and Defendant's counsel re-noticed the hearing for November 3, 2022 (ECF No. 15);

J. The Court re-set the hearing for November 3, 2022;

K. The parties further agreed to modify the briefing schedule and continue the case management conference from September 13, 2022, at 2:00 p.m. to December 13, 2022, at 2:00 p.m., as set forth in the pending Stipulation and Proposed Order filed on July 14, 2022 (ECF No. 16); and

STIPULATION REGARDING SCHEDULING
Case No. 4:22-cv-02995-HSG

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1   L. The Court set a case management conference for July 19, 2022, at 2:00 p.m. (ECF
2   No. 17), however, counsel for plaintiff is unavailable to appear.

4   **IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the
5   initial case management conference set for July 19, 2022, at 2:00 p.m. shall be continued until
6   July 26, 2022, at 2:00 p.m.

8   Dated: July 18, 2022                                     DINCEL LAW GROUP APC

9                                                            By: /s/ Kim O. Dincel
10                                                               Kim O. Dincel

11                                                           *Attorneys for Plaintiff*
                                                             *John Pachivas*

13  Dated: July 18, 2022                                     DAVIS WRIGHT TREMAINE LLP

14                                                           By: /s/ James H. Moon
15                                                               James H. Moon

16                                                           *Attorneys for Defendant*
                                                             *T-Mobile USA, Inc. d/b/a Metro by T-Mobile*

STIPULATION REGARDING SCHEDULING
Case No. 4:22-cv-02995-HSG

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/19/2022

*Haywood S. Gilliam Jr.* (signature)
Hon. Haywood Gilliam, Jr.

STIPULATION REGARDING SCHEDULING
Case No. 4:22-cv-02995-HSG

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899